```
FILED
June 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>             Plaintiff, )<br>v.     )<br>     )<br>FELICIA BERNSTINE,     )<br>     )<br>             Defendant. ) | CASE NUMBER: 2:14-mj-00135-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Felicia Bernstine</u>; Case <u>2:14-mj-00135-KJN</u> from custody and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     _X_  Unsecured Appearance Bond in the amount of $25,000.00

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     _X_  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>6/24/2014</u> at <u>2:15 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge