BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>             v.<br><br>FELICIA G. BERNSTINE,<br><br>       A/K/A FELICIA G. SANDERS,<br><br>                      Defendant. | CASE NO.  2:14-MJ-00135-KJN<br><br>STIPULATION AND PROPOSED ORDER TO RESCHEDULE STATUS CONFERENCE |

   This matter relates to an out of district arrest of defendant Felicia Bernstine, who is charged in *United States v. Bernstine*, 4:14-CR-075, S.D. Iowa with four felony counts relating to benefits fraud. Ms. Bernstine made her initial appearance in the Eastern District of California on June 24, 2014, at which time the parties advised the Court that Ms. Bernstine desired to resolve this matter via a plea in this District under Federal Rules of Criminal Procedure Rule 20.  Because the U.S. Attorney's Office for the Southern District of Iowa had not weighed in on the issue, nor had any agreement been reached, the parties asked for a status conference on July 1, 2014.  Since June 24, 2014, a scheduling conflict has arisen for counsel for both parties.

The parties therefore mutually request the status conference be reset from July 1, 2014, to July 2, 2014, at 2 p.m.  The U.S. Attorney's Office for the Southern District of Iowa has been consulted by Government counsel and has no objection to the rescheduled date.  Counsel for Ms. Bernstine will ensure her appearance on the rescheduled date.

Dated:  June 30, 2014                                         BENJAMIN B. WAGNER
                                                              United States Attorney

                                                     By:   /s/ JEAN M. HOBLER
                                                              JEAN M. HOBLER
                                                              Assistant United States Attorney

Dated:  June 30, 2014                                         HEATHER WILLIAMS
                                                              Federal Defender

                                                     By:   /s/ Jean M. Hobler for
                                                              LINDA HARTER
                                                              Assistant Federal Defender
                                                              Counsel for Defendant
                                                              (Signature authorized June 28, 2014)

ORDER

Based on the parties' stipulation, the status conference in this matter is rescheduled from July 1, 2014, to July 2, 2014, at 2:00 p.m. before Magistrate Judge Allison Claire.

Dated:  June 30, 2014

                                                              HON. ALLISON CLAIRE
                                                              U.S. Magistrate Judge

STIPULATION AND PROPOSED ORDER                    2