HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
BERIT L. ELAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel:  916-498-5700/Fax 916-498-5710
linda_harter@fd.org

Attorney for Defendant
FELICIA BERNSTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  4:14-CR-185-KJM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET A CHANGE OF PLEA HEARING BEFORE THE DISTRICT COURT JUDGE: EXCLUSION OF TIME** |
| vs. | ) ) | |
| FELICIA BERNSTINE, | ) ) | |
| Defendant. | ) ) ) | Date:  July 23, 2014 Time:  2:00 p.m. Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, JEAN HOBLER, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for FELICIA BERNSTINE, that the Court vacate Ms. Bernstine's July 23, 2014 status conference and set a change of plea hearing in front of the Honorable Kimberly J. Mueller on Wednesday, August 13, 2014 at 9:00 a.m..

Ms. Bernstine was set for a status conference regarding her Rule 20 disposition on July 23, 2014 as she awaited assignment to a district court judge.  In the meantime, the Government provided discovery and the parties reached an agreement.  As this case has recently been assigned to the Honorable Kimberly J. Mueller, Judge Mueller will hear Ms. Bernstine's change

of plea. The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 13, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: July 22, 2014              Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender


                                  /s/   Linda C. Harter
                                  LINDA C. HARTER
                                  Chief Assistant to the Federal Defender
                                  Attorney for Defendant
                                  FELICIA BERNSTINE


Dated: July 22, 2014              BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/
                                  JEAN HOBLER
                                  Assistant United States Attorney


## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including August 13, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the status

1  conference set for July 23, 2014 shall be vacated and a change of plea hearing be set in front of
2  the Honorable Kimberly J. Mueller on August 13, 2014, at 9:00 a.m..
3  Dated:  July 23, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE