HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel:  916-498-5700/Fax 916-498-5710
linda_harter@fd.org

Attorney for Defendant
FELICIA BERNSTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELICIA BERNSTINE,<br><br>Defendant. | Case No.  2:14-CR-185-KJM<br><br>**STIPULATION AND ORDER TO MODIFY CONDITION OF RELEASE**<br><br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED between the parties through their respective counsel, JEAN HOBLER, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for FELICIA BERNSTINE, that the Court modify her conditions of release by removing the condition requiring Ms. Bernstine to participate in drug testing.

This request is being made at the request of her pretrial services officer, Taifa Gaskins. Ms. Gaskins has been supervising Ms. Bernstine since she was released in June of last year.  Ms. Bernstine has had ongoing health issues.  Most recently she has lost the sight in her one good eye due to an ulcer of the cornea. (Ms. Bernstine had previously lost sight in her left eye.) It is unclear at this time whether or not the loss of sight will be permanent.  It is anticipated that Ms. Bernstine will need to move to some sort of care facility in the near future.  Ms. Gaskins has

-1-

confirmed her current condition by reviewing medical records and meeting with Ms. Bernstine in person and concluded that it does not make sense at this time to have her continue to report for drug testing.  The parties concur.

Dated:  April 15, 2015                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/   Linda C. Harter*
                                                LINDA C. HARTER
                                                Chief Assistant to the Federal Defender
                                                Attorney for Defendant
                                                FELICIA BERNSTINE

Dated:  April 15, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Linda C. Harter for*
                                                JEAN HOBLER
                                                Assistant United States Attorney

## ORDER

    IT IS SO ORDERED.  The condition of release requiring Ms. Bernstine to participate in a program of drug testing is hereby ordered removed.  All other conditions remain in full force and effect.

Dated:  April 20, 2015

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE